**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-1718**

---

PATIENCE DOROTHY MONYEI, a/k/a Dorothy Monyei,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General of the
United States,

Respondent.

---

On Petition for Review of an Order of the Board of Immigration
Appeals. (A79-305-161)

---

Submitted: January 31, 2007        Decided: February 13, 2007

---

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Robert A. Remes, CARLINER & REMES, P.C., Washington, D.C., for
Petitioner. Peter D. Keisler, Assistant Attorney General, M.
Jocelyn Lopez Wright, Assistant Director, Brianne Whelan, OFFICE OF
IMMIGRATION LITIGATION, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patience Dorothy Monyei, a native and citizen of Nigeria, petitions for review of an order of the Board of Immigration Appeals (Board) adopting and affirming the Immigration Judge's order denying relief from removal. Monyei contends that the Board and Immigration Judge erred in finding her ineligible for withholding of removal.

"To qualify for withholding of removal, a petitioner must show that he faces a clear probability of persecution because of his race, religion, nationality, membership in a particular social group, or political opinion." Rusu v. INS, 296 F.3d 316, 324 n.13 (4th Cir. 2002) (citing INS v. Stevic, 467 U.S. 407, 430 (1984)). Having conducted our review, we conclude that substantial evidence supports the finding that Monyei failed to establish eligibility for withholding of removal.

We accordingly deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED